UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BITER,<br><br>　　　　　Defendant. | No. 1:21-cv-00774-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(Doc. No. 9) |

　　　　Plaintiff Fred Jackson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 4, 2021, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 9.) On August 19, 2021, plaintiff timely filed objections to those findings and recommendations. (Doc. No. 10.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. The objections do not establish any flaw with the magistrate judge's analysis or reasoning but instead rehash issues and arguments that the magistrate judge already fully considered and addressed. Having carefully reviewed the entire file, including plaintiff's

objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 4, 2021, (Doc. No. 9), are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed assign a district judge for purposes of closing this case and to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2021**

UNITED STATES DISTRICT JUDGE