# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BITER,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00774-DAD-BAM (PC)<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL ON APPEAL<br><br>(ECF No. 16) |

　　　　Plaintiff Fred Jackson ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 4, 2021, the undersigned screened Plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to state a cognizable claim upon which relief may be granted. (ECF No. 9.) The assigned District Judge adopted the findings and recommendations in full on October 14, 2021, and judgment was entered accordingly the same date. (ECF Nos. 11, 12.)

　　　　On November 9, 2021, Plaintiff filed a notice of appeal, which was processed to the Ninth Circuit Court of Appeals. (ECF Nos. 13, 14.) On December 6, 2021, Plaintiff filed a supplemental notice of appeal together with a motion to appoint counsel on appeal. (ECF Nos. 15, 16.)

///

To the extent Plaintiff requests that this Court appoint counsel for Plaintiff for the purposes of his appeal, that request is properly directed to the Ninth Circuit, not this Court. As noted above, Plaintiff's appeal has been received and processed, and he will receive further instructions from the Ninth Circuit.

Accordingly, Plaintiff's motion to appoint counsel on appeal, (ECF No. 16), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **December 8, 2021**             /s/ *Barbara A. McAuliffe*           
                                      UNITED STATES MAGISTRATE JUDGE