# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JACKSON, | Case No. 1:21-cv-00774-DAD-BAM (PC) |
| Plaintiff, | Appeal No. 21-17026 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| BITER, | |
| Defendant. | |

Plaintiff Fred Jackson ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 4, 2021, the undersigned screened Plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to state a cognizable claim upon which relief may be granted. (ECF No. 9.) The assigned District Judge adopted the findings and recommendations in full on October 14, 2021, and judgment was entered accordingly the same date. (ECF Nos. 11, 12.)

On November 9, 2021, Plaintiff timely filed a notice of appeal, which was processed to the Ninth Circuit Court of Appeals. (ECF Nos. 13, 14.) On December 6, 2021, Plaintiff filed a supplemental notice of appeal together with a motion to appoint counsel on appeal, (ECF No. 15), which was forwarded to the Ninth Circuit.

///

On December 8, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. (ECF No. 18), 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **December 9, 2021**          /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE